UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BARBOUR, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:08-CV-585 RM |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent | ) | |

OPINION AND ORDER

Christopher Barbour, a *pro se* prisoner, filed a habeas corpus petition. In it he alleges that the Indiana State Prison Disciplinary Hearing Body punished him by placing him in disciplinary segregation for one year. *See* DE 1 at 1 and 1-3 at 2. A prison disciplinary action can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. Hadley v. Holmes, 341 F.3d 661, 664 (7th Cir. 2003). Placement in segregation does not lengthen the duration of Mr. Barbour's confinement. Therefore, these claims are not actionable in a habeas corpus proceeding.

> If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner.

SECTION 2254 HABEAS CORPUS RULE 4. Here, the petition does not present any basis for habeas corpus relief.

For the foregoing reasons, this habeas corpus petition is **DENIED**.

SO ORDERED.

ENTERED: December  19 , 2008

     /s/ Robert L. Miller, Jr.
Chief Judge
United State District Court